

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 4:23-cr-228 LPR |
| v. | ) | |
| | ) | 18 U.S.C. § 2252(a)(2) |
| AMOS FRICKER | ) | 18 U.S.C. § 2252(a)(4)(B) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about June 16, 2022, in the Eastern District of Arkansas, the defendant,

AMOS FRICKER,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT TWO

On or about June 28, 2022, in the Eastern District of Arkansas, the defendant,

AMOS FRICKER,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT THREE

On or about July 4, 2022, in the Eastern District of Arkansas, the defendant,

AMOS FRICKER,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT FOUR

On or about October 12, 2022, in the Eastern District of Arkansas, the defendant,

AMOS FRICKER,

did knowingly possess or access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)