IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>*Plaintiff(s)* )<br>)<br>v. )<br>)<br>Amos Fricker )<br>_____ )<br>*Defendant(s)* ) | Case:     4:23-CR-228<br><br>Judge:    Lee P. Rudofsky |

## NOTICE OF APPEARANCE

Please take notice that Christopher Baker of the James Law Firm will be aiding as counsel in the representation of Amos Fricker in the case captioned above and requests that they be included on the service of all notices, pleadings, and other documents filed in this case. Christopher Baker is admitted or otherwise authorized to practice in this court.

Dated: September 19, 2023          Respectfully submitted,

/s/ Christopher Baker

Christopher Baker
Arkansas Bar No. 2022124
*Attorney for Amos Fricker*
cbaker@jamesfirm.com
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
Telephone: 501-375-0900
Fax: 501-375-1356