IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **PLAINTIFF** |
| v. | **CASE NO. 4:23-CR-00228-01 LPR** | |
| **AMOS FRICKER** | | **DEFENDANT** |

### ORDER

Defendant's unopposed Motion for Continuance (Doc. 20) is GRANTED. The trial which is currently on the Court's trial docket for Tuesday, October 31, 2023, is now rescheduled to begin on **Tuesday, January 9, 2024 at 9:30 a.m.**

Defense counsel and the Government are in the middle of plea negotiations that could eliminate the need for a trial in this case. Defense counsel and the Government need additional time to work through and complete plea negotiations. The ends of justice are better served by giving Defendant more time to prepare his case for trial or plea. And this interest outweighs both the Defendant's and the public's interest in a speedy trial. Any delay in commencing the trial of this case occasioned by the continuance ordered herein is excludable under the provision of the Speedy Trial Act, as provided by 18 U.S.C. § 3161(h)(7)(A) & (B).

Pursuant to General Order No. 54, defendant's lawyer William O. "Bill" James, Jr. and Christopher Baker, are authorized to bring electronic devices to the courthouse for this proceeding.

IT IS SO ORDERED THIS 17th day of October, 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE