IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                                 **PLAINTIFF**

v.                              **CASE NO.  4:23-CR-00228-01 LPR**

**AMOS FRICKER**                                                                                                    **DEFENDANT**

**AMENDED ORDER**

Mr. Fricker is currently in the custody of the Attorney General of the United States—pursuant to 18 U.S.C. § 4241(d) and this Court's October 21, 2024 Order.  Mr. Fricker was allowed to self-report to MCC-Chicago on December 4, 2024.  The examining doctor was required to provide a report by April 3, 2025 providing her opinion and conclusions as to whether: (1) Mr. Fricker is currently competent to stand trial (*i.e.*, has been restored to competency); (2) Mr. Fricker is currently not competent to stand trial, but there is a substantial probability that in the foreseeable future his competency to stand trial will be restored; or (3) Mr. Fricker is currently not competent to stand trial, and there is not a substantial probability that in the foreseeable future his competency to stand trial will be restored.

The Court understands that the report (or, at the very least, the doctor's opinion and conclusions) will be provided on or before April 2, 2025.  The Court further understands that it is this Court (and not the examining doctor) that makes the ultimate determination on restoration and substantial probability of future restoration.  Accordingly, the Court orders as follows.

1. If the examining doctor opines and concludes that Mr. Fricker is currently competent to stand trial (*i.e.*, has been restored to competency), Mr. Fricker may be released to his parents (or either parent), brother (Earl Fricker), or sister-in-law (Charlotte Fricker) on April 3, April 4, or after April 4 (due to travel problems)—whichever of those dates work for the parent(s), brother, or sister-in-law.  In this situation, the next step will be—pursuant to 18 U.S.C. § 4241(e)—a new § 4241(d) hearing for the Court to make the ultimate determination whether competency has been restored.  That hearing should occur as soon as possible upon Mr. Fricker's return to the District.  Mr. Fricker's conditions of release remain the same as they were before he self-reported.

1

2. If the examining doctor opines and concludes that Mr. Fricker is currently not competent to stand trial, but there is a substantial probability that in the foreseeable future his competency to stand trial will be restored, Mr. Fricker will remain at MCC-Chicago (or a suitable alternative treatment facility if the Attorney General so desires) for an additional reasonable period of time until Mr. Fricker's competency is restored—unless the Court in a further Order (after a hearing requested by either party) concludes that there is not a substantial probability of restoration in the foreseeable future. If Mr. Fricker remains hospitalized pursuant to this paragraph, the Director of the Facility in which Mr. Fricker is hospitalized will provide status reports to the Court every thirty (30) days concerning restoration progress.

3. If the examining doctor opines and concludes that Mr. Fricker is currently not competent to stand trial, and there is not a substantial probability that in the foreseeable future his competency to stand trial will be restored, Mr. Fricker shall be returned to the Eastern District of Arkansas by the United States Marshals Service.  In this situation, Mr. Fricker shall be brought in front of this Court immediately (i.e., within 3 business days) of his return to the Eastern District of Arkansas for a determination concerning next steps.

IT IS SO ORDERED this 2nd day of April 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE